THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Julie Williams, Appellant.
 
 
 
 
 

Appeal from Richland County
Michelle J. Childs, Circuit Court Judge

Unpublished Opinion No. 2010-UP-103
 Submitted January 4, 2010  Filed February
4, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, and Solicitor Warren B. Giese, all of Columbia, for
 Respondent. 
 
 
 

PER CURIAM:  Julie Williams appeals her sentence for
 breach of trust over five thousand dollars.  After a thorough review of
 the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.